IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAINLINE INFORMATION
SYSTEMS, INC.,**

    **Plaintiff,**

vs.                                             4:05-CV-247-SPM

**SIRIUS COMPUTER SOLUTIONS,
INC.; TYGIR LEBEDEV; and
ANDREW CHAPMAN,**

    **Defendants.**
_____/

## ORDER STAYING DISCOVERY

**THIS CAUSE** comes before the Court upon the "Agreed Motion Requesting Stay of Lawsuit" (doc. 14) filed September 19, 2005. The parties request that discovery be stayed for another 30 days[1] in the hopes that the case can be resolved. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for stay (doc. 12) is hereby *granted*.

2.     Discovery in this case is temporarily stayed until ***October 20, 2005***.

3.     On or before ***October 20, 2005***, the parties shall file either a

---

[1] By order dated August 26, 2005 (doc. 13), this case was stayed until September 20, 2005 in order to permit the parties time to discuss settlement possibilities.

stipulation of dismissal, if the case has settled, or if the parties are unable to settle, a motion requesting that an amended mediation and scheduling order be adopted.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao