Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAINLINE INFORMATION SYSTEMS, INC.,**

    Plaintiff,

vs.   4:05-CV-247-SPM

**SIRIUS COMPUTER SOLUTIONS, INC.; TYGIR LEBEDEV; and ANDREW CHAPMAN,**

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Agreed Order of Dismissal With Prejudice" (doc. 17) filed October 25, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

**DONE AND ORDERED** this <u>thirty-first</u> day of October, 2005.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge

/pao